UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. ENGHOLM,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES POSTAL SERVICE – CONSUMER ADVOCATE,<br><br>    Defendant. | Case No: CV 13-04954 SVW (VBK)<br><br>The Honorable Stephen V. Wilson<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>JS-6 |

 The parties having filed a Stipulation for Compromise Settlement and Dismissal,

 IT IS HEREBY ORDERED:

 1. Plaintiff's action is dismissed with prejudice in its entirety;

 2. Each party shall bear their own costs of suit and fees.

DATED: August 26, 2013

_____
The Honorable Stephen V. Wilson
United States District Judge