UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. ENGHOLM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES POSTAL SERVICE – CONSUMER ADVOCATE,<br><br>　　　　　Defendant. | Case No: CV 13-04954 SVW (VBK)<br><br>The Honorable Stephen V. Wilson<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>JS-6 |

　　　The parties having filed a Stipulation for Compromise Settlement and Dismissal,

　　　IT IS HEREBY ORDERED:

　　　1.　　Plaintiff's action is dismissed with prejudice in its entirety;

　　　2.　　Each party shall bear their own costs of suit and fees.

DATED: August 26, 2013

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　United States District Judge